IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GUIZAR,<br><br>        Plaintiff,<br><br>  v.<br><br>JENNIE WOODFORD, et al.,<br><br>        Defendants.<br>_____ | No. C 05-0557 MMC (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>(Docket No. 83) |

       GOOD CAUSE APPEARING, plaintiff's request for an extension of time to file an opposition to defendants' motion to dismiss is hereby GRANTED. Plaintiff shall file his opposition no later than July 7, 2011. Defendants <u>shall</u> file a reply brief no later than fifteen (15) days after plaintiff's opposition is filed.

       This order terminates Docket No. 83.

       IT IS SO ORDERED.

DATED: June 2, 2011

                                      _____
                                      MAXINE M. CHESNEY
                                      United States District Judge