IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FERNANDO GUIZAR,

        Plaintiff,

v.

J. WOODFORD, et al.,

        Defendants.
                                /

No. CV-05-0557  MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Defendants James & Wohlwend's motion to dismiss is hereby GRANTED.

Defendant Coziahr is hereby DISMISSED from this action without prejudice under Rule 4(m).

Dated: December 1, 2011

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk