**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GUIZAR,<br><br>　　　　Plaintiff,<br>　v.<br>J. WOODFORD, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 05-0557 MMC (PR)<br><br>**CERTIFICATE THAT APPEAL IS TAKEN IN GOOD FAITH; DIRECTIONS TO CLERK** |

　　　　Plaintiff filed the above-titled civil rights complaint pursuant to 42 U.S.C. § 1983. He was granted leave to proceed in forma pauperis ("IFP"). The Court entered three separate orders of dismissal, dismissing three groups of defendants, respectively, on February 8, 2010, May 21, 2010, and December 1, 2011. Judgment for all defendants was entered on December 1, 2011. On December 29, 2011, plaintiff filed a notice of appeal from the Court's rulings.

　　　　On January 9, 2012, the Ninth Circuit Court of Appeals issued a Referral Notice and directed the Court to inform the Ninth Circuit if plaintiff's appeal is frivolous or not taken in good faith.

　　　　The Court has considered whether it should certify this appeal as taken in bad faith under Rule 24(a) of the Federal Rules of Appellate Procedure, which provides that a party

1 granted leave to proceed IFP in district court may proceed in that status on appeal unless the
2 district court certifies that the appeal is not taken in good faith. The Court has determined
3 that the appeal is taken in good faith.
4     The Clerk of the Court shall process this appeal in the usual manner and shall send a
5 copy of this Order to the parties and to the Ninth Circuit.

7     IT IS SO ORDERED.
8 DATED: January 17, 2012

_____
MAXINE M. CHESNEY
United States District Judge